UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. CR 05-170 |
| v. | : | MAGISTRATE NO. 05-0212M-01 (CR) |
| **CLIFTON RAY GORHAM,** | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 22 D.C.C. §402 |
| | : | (Assault With A Dangerous Weapon); |
| | : | 22 D.C.C. §4504(b) |
| | : | (Possession of a Firearm During the |
| | : | Commission of a Crime of Violence or |
| | : | Dangerous Offense) |

LEON, J. RJL

### INDICTMENT

MAY 12 2005

The Grand Jury charges that:

### COUNT ONE

On or about April 19, 2005, within the District of Columbia, **CLIFTON RAY GORHAM**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F6226-96, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about April 19, 2005, within the District of Columbia, **CLIFTON RAY GORHAM**, assaulted persons whose identity is unknown to the Grand Jury, with a dangerous weapon, that is, a Glock 9mm semi-automatic pistol.

(**Assault with A Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402)

## COUNT THREE

On or about April 19, 2005, within the District of Columbia, **CLIFTON RAY GORHAM**, did possess a firearm, that is a Glock 9mm semi-automatic pistol, or imitation thereof, while committing the crime of Assault With a Dangerous Weapon, as set forth in Count Two of this indictment.

(**Possession of a Firearm During the Commission of a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b))

A TRUE BILL:

FOREPERSON.

Kenneth L. Wainstein
Attorney of the United States in
and for the District of Columbia