IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Crim. No. 05-170 (RJL)** |
| ) | |
| **CLIFTON RAY GORHAM,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of defendant's motion to suppress; it is hereby

ORDERRED that defendant's motion is GRANTED.

SO ORDERED.


_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE


DATE: