**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Crim. No. 05-170 (RJL)** |
| ) | |
| **CLIFTON RAY GORHAM,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Michelle M. Peterson, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1.  Mr. Gorham has been charged in this court with unlawful possession of a firearm and ammunition by a convicted felon and two separate D.C. Code offenses.

2.  Undersigned counsel entered her appearance on Mr. Gorham's behalf when he initially appeared in Court before the magistrate judge on April 20, 2005.

3.  Mr. Gorham has repeatedly expressed dissatisfaction with Counsel's representation of him.  Although counsel thought the issues had been resolved before we appeared in Court on July 15, 2005, shortly after that appearance Mr. Gorham left a message for counsel indicating he no longer wishes to be represented by undersigned counsel.  It has become increasing clear throughout the course of undersigned counsel's representation of Mr. Gorham that Mr. Gorham is not satisfied with counsel's efforts on his behalf.  Indeed, Mr. Gorham is convinced that undersigned counsel cannot and will not effectively represent him in this matter.  Therefore, Mr. Gorham has asked undersigned counsel to withdraw from the case.

Moreover, undersigned counsel believes that the attorney-client relationship has deteriorated to a point where undersigned counsel can no longer assist Mr. Gorham in this case. Given the seriousness of the charges pending against Mr. Gorham, Mr. Gorham's belief that undersigned counsel cannot and will not effectively represent him, and undersigned counsel's belief that the attorney-client relationship is such that undersigned counsel cannot assist Mr. Gorham adequately, undersigned counsel joins in Mr. Gorham's request that new counsel be appointed to represent him in this matter.

WHEREFORE, it is respectfully requested that Michelle Peterson, Assistant Federal Public Defender, be permitted to withdraw as Mr. Gorham's counsel of record and that Mr. Gorham be appointed new counsel from the CJA Panel.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


/s/

_____
Michelle M. Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500