IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-170 (RJL) |
| ) | |
| CLIFTON RAY GORHAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this ___ day of _____, 2005 hereby **ORDERED**, that the Motion to Withdraw as Counsel is hereby granted; and it is further **ORDERED**, that Michelle Peterson is permitted to withdraw as counsel for the Defendant. It is further **ORDERED** that the CJA Administrator shall appoint new counsel for Mr. Gorham.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE