UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                                           )
       v.                       )     Crim. No. 05-170 (RJL)
                                           )
CLIFTON RAY GORHAM,       )
                                           )
       Defendant.        )

## ORDER

Upon consideration of the motion to withdraw, filed by defendant's counsel, Michelle M. Peterson, the lack of any opposition, the relevant law, and the entire record herein, it is, this 9th day of August, 2005, hereby

**ORDERED** that the defendant Clifton Ray Gorham be appointed new counsel from the CJA panel; and it is further

**ORDERED** that the parties, including Ms. Peterson, appear in courtroom #7 on the previously scheduled date, September 7, 2005 at 4:00 PM, for a status hearing.

**SO ORDERED.**

*[signature]*
RICHARD J. LEON
United States District Judge