IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-170 (RJL) |
| | : | |
| CLIFTON RAY GORHAM | : | |

ORDER

Upon consideration of Defendant's Motion To Continue rescheduled Status Hearing, and there being no opposition thereto it is this _____ day of September, 2005, ORDERED

That status hearing previously rescheduled to September 15, 2005 is continued until September _____, 2005.

_____
JUDGE