UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Cr. No.  05-05-170 (RJL) |
| | : | |
| **CLIFTON GORHAM,** | : | |
|       **Defendant.** | : | |

**ORDER**

Based upon the Government's Motion to Admit the Defendant's Prior Convictions for Impeachment Purposes, and any oppositions thereto, it is this _____ day of _____, 2005, hereby

**ORDERED** that, should the Defendant choose to testify, the Government may impeach him with his convictions set out in the Government's Motion.

_____
RICHARD J. LEON
United States District Judge