IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-170 (RJL) |
| | : | |
| CLIFTON RAY GORHAM | : | |

ORDER

Upon consideration of Defendant's Motion To Enlarge Time For Filing Pleadings, (and there being no opposition thereto) it is this _____ day of _____, 2005, ORDERED

That Defendant's motion is GRANTED and that Defendant shall have until November 16, 2005 to (1) file appropriate motions and (2) to respond to the Motion of the United States to admit Defendant's prior conviction pursuant to Federal Rule of Evidence 609.

_____
JUDGE