IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-170 (RJL) |
| | : | |
| CLIFTON RAY GORHAM | : | |

ORDER

Upon consideration of Defendant's Motion To Adopt And Amend Suppression Motions Filed By Prior Counsel (and the opposition of the United States thereto,) it is this _____ day of _____,2005, ORDERED

That the Motion is GRANTED and the United States shall respond to Defendant's Motion To Suppress Physical Evidence and Motion To Suppress Identification Evidence by _____.

It is further ORDERED that Defendant shall have until _____ to respond to the response(s) of the United States.

[It is further ORDERED that a hearing shall be held on Defendant's motions on _____. ]

_____
JUDGE