IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-170 (RJL) |
| | : | |
| CLIFTON RAY GORHAM | : | |

ORDER

Upon consideration of Defendant's Motion To Suppress Physical Evidence and Motion To Suppress Identification Evidence (and the opposition of the United States thereto,) (and the hearing on these matters,) it is this _____ day of _____, 2005, ORDERED

That the Motion is [GRANTED] [GRANTED IN PART] and the following evidence is hereby suppressed:

( ) The clothing and other items seized from Defendant at the time of his arrest

( ) The identification evidence pertaining to the following witnesses

_____

_____

_____

_____
JUDGE