IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-170 (RJL) |
| | : | |
| CLIFTON RAY GORHAM | : | |

<u>ORDER</u>

Upon consideration of Defendant's Motion To Sever Counts, (and the opposition of the United States thereto,) it is this _____ day of _____,2005,

ORDERED

That Count One of the indictment shall be severed from Counts Two and Three, and that (Counts Two and Three) (Count One) shall be tried first, commencing on a date to be decided by the Court.

_____
JUDGE