IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-170 (RJL) |
| | : | |
| CLIFTON RAY GORHAM | : | |

ORDER

Upon consideration of Defendant's Motion For Defense-Requested Line-up (and the opposition of the United States thereto,) (and the hearing on these matters,) it is this _____ day of _____, 2005, ORDERED

That the Motion is GRANTED, and the United States shall arrange for a line-up to be conducted prior to attempting to elicit any in-court identification from the following witnesses:

_____

_____

_____


_____
JUDGE