IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-170 (RJL) |
| | : | |
| CLIFTON RAY GORHAM | : | |

ORDER

Upon consideration of Defendant's Motion To Continue Rescheduled Status Hearing And To Enlarge Time For Filing Pleadings, and there being no opposition thereto, it is this _____ day of _____, 200__, ORDERED

That Defendant's motion is GRANTED and that Defendant shall have until January 10, 2006 to respond to the oppositions of the United States to his motions, and it is FURTHER ORDERED

That the status hearing, currently scheduled for January 6, 2006 is continued until _____, 2006

_____
JUDGE