IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-170 (RJL) |
| | : | |
| CLIFTON RAY GORHAM | : | |

ORDER

Upon consideration of Defendant's Motion To Set Conditions Of Release, (and the opposition of the United States thereto) it is this \_\_\_\_ day of _____, 2006,

ORDERED

That the Motion is GRANTED and that Defendant is to be released pending trial under the following conditions:

1. _____

2. _____

3. _____

_____
Richard J. Leon
United States District Court Judge