UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-170 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **CLIFTON GORHAM** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Rachel Carlson Leiber at telephone number (202) 353-8055 and/or email address Rachel.Leiber@usdoj.gov.  Mrs. Lieber will substitute for AUSA Carlos Acosta as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Rachel Carlson Lieber
Assistant United States Attorney
Narcotics Section, Bar No. 456-491
555 4th Street, N.W.  Room 4820
Washington, DC 20530
(202) 353-8055

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic filing upon counsel for the defendant on this 2nd day of February, 2006.

_____
Rachel Carlson Lieber
Assistant United States Attorney