IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-170 (RJL) |
| | : | |
| CLIFTON RAY GORHAM | : | |

ORDER

Upon consideration of Defendant's Motion To Compel Production Of Discovery And Exculpatory Material And For Sanctions For Failure To Comply, (and the opposition of the United States thereto,) it is this _____ day of _____, 2006 ORDERED

That the Motion is GRANTED, and the United States shall promptly produce to the defense the following materials:

(1) the clothing worn by Defendant at the time of his arrest,

(2) the "arrest photograph" taken of Defendant as part of his processing after his arrest,

(3) the "bench notes" and any photographs taken by the government's fingerprint and firearms examiners during their examination of the physical evidence in the case,

(4) viewing letters to enable counsel for Defendant and the defense fingerprint and firearms experts to view the physical evidence, and

(5) the identity and contact information of the witness (or witnesses) who told the police that the shooter was wearing a ski mask.

_____
Richard J. Leon
United States District Court Judge