

③

W-2 ████████████████████████
████████████████████████
████████████████████

H ████████████████████
DOB ████████████████████
████████████████████

(W) ████████████████████

W-3 ████████████████████████
████████████████████
████████████████

W-4's statement
S-1 was shooting at
the pool area where several
people were standing in the area
S-1 fired 3 shots at the crowd
S-1 then came forward

(4)

Where W-3 was standing

S-1 was wearing
a black Ski Mask
White Shirt blue Jean



Det. Joseph Oh #D1-95
Det. WEEMS, Michael
#D2-133