UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-170 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **CLIFTON RAY GORHAM,** | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Emory V. Cole, whose e-mail address is Emory.Cole@USDOJ.gov. Assistant United States Attorney Emory Cole will substitute for Assistant United States Attorney Rachel Carlson Lieber as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____/s/_____
Emory V. Cole
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, NW, Room 4213
Washington, DC 20530
202-616-3388