UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-170 (RJL)** |
| | : | |
| V. | : | |
| | : | |
| **CLIFTON RAY GORHAM,** | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the Government's Motion to continue the motion hearing date in the above captioned case, it is this _____ day of February 2006 hereby

**ORDERED** that the Government's Motion to continue the motion hearing date is hereby Granted and the new date is _____ day of _____ 2006.

_____
UNITED STATES DISTRICT COURT