UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0170 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **CLIFTON RAY GORHAM,** | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Special Assistant United States Attorney Bryan Roslund, at telephone number 202-514-4922 and/or email address Bryan.Roslund@usdoj.gov, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Bryan Roslund
Special Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, NW, Room 4108
Washington, DC 20530
202-514-4922