IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | Cr. No. 05-0170 (RJL) |
| ) | |
| ) | |
| CLIFTON GORHAM ) | |

**DEFENSE MOTION FOR EMERGENCY STATUS HEARING**

Undersigned counsel respectfully moves the Court to schedule a status hearing with respect to representation of defendant Gorham. As grounds, counsel states as follows:

1. On April 4, 2006, counsel entered his appearance in this matter as counsel for defendant Gorham. Mr. Gorham is charged in a three count indictment with unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, with assault with a dangerous weapon, and with possession of a firearm during the commission of a crime of violence or dangerous offense.

2. On or about April 6, 2006, counsel went to the DC Jail for a legal visit with Mr. Gorham. However Mr. Gorham refused the visit and was not seen by counsel.

3. The Court conducted a status hearing in this matter on April 7, 2006 at which it set a certain date for further proceedings.

4. On April 9, 2006, counsel again went to the DC Jail for a legal visit with Mr. Gorham. Again, however, Mr. Gorham refused the visit and was not seen by counsel.

5. At this point counsel has been unable to discuss this matter with the client; obviously communication is essential for representation.

Accordingly, counsel requests that the Court set a status hearing in this matter for the purpose of addressing Mr. Gorham's legal representation in this matter.

        Respectfully submitted,

        A.J. Kramer

        Federal Public Defender

By: _____/s/_____
        Shawn Moore
        Assistant Federal Public Defender
        Attorney for Clifton Gorham
        625 Indiana Avenue, NW, #550
        Washington, DC 20010
        202/208-7500
        Fax/208-7515