IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) Cr. No. 05-00170 |
| V. | ) |
| | ) |
| CLIFTON GORHAM | ) |
| | ) |

### ORDER

Counsel for defendant Gorham having moved for an emergency status hearing in this matter, and good cause shown, it is hereby **ORDERED** that the motion is granted in the following particulars:

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE