IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES ) | |
| ) Cr. No. 05-00170 | |
| V. ) | |
| ) | |
| CLIFTON GORHAM ) | |
| ) | |

## ORDER

The Court having conducted an emergency status hearing in this matter, and having heard from counsel and observed defendant Gorham, it is hereby **ORDERED** that defendant Gorham is referred for a forensic psychiatric screening to be conducted by the psychiatric staff of the Legal Services Division. The screening is to be completed by no later than Tuesday, April 25, 2006, and the results of said screening are to be forwarded to the Court and counsel immediately. A status hearing in this matter has been scheduled for Wednesday, April 26, 2006 at 4:15 p.m.

This, the ____ Day of April, 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE