IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| | ) |
| V. | ) Cr. No. 05-170 (RJL) |
| | ) |
| | ) |
| **CLIFTON GORHAM** | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves the Court for leave to withdraw as counsel for Mr. Gorham in this matter. As grounds, counsel states as follows:

1. Counsel was appointed to represent Mr. Gorham in this matter on April 4, 2006. Since his appointment Mr. Gorham has been unable and unwilling to communicate with undersigned counsel. At his last attempt to visit Mr. Gorham at the CTF facility, Mr. Gorham refused to see counsel.

2. Mr. Gorham has recently has communicated to the Court that he is dissatisfied with undersigned counsel.

Accordingly, for the foregoing reasons, undersigned counsel respectfully moves for leave to withdraw as counsel for Mr. Gorham in this case.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By: /s/
Shawn Moore
Assistant Federal Public Defender
Attorney for Clifton Gorham
DC Bar # 214171
625 Indiana Avenue, NW #550
Washington, DC 20004
202/208-7500
Fax/208-7515 or 501-3829