IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No.  05-170 (RJL) |
| V. | ) |
| | ) |
| **CLIFTON GORHAM** | ) |

### ORDER

Counsel having moved for leave to withdraw as counsel, and good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**.  This the      day of                        , 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA