IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| v. | * | CR. NO. 04-0355-01 (CCK) |
| | * | |
| | * | |
| **MIQUEL MORROW,** *et al*, | * | |
| | * | |
| **Defendants.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT MOTION FOR AN ORDER AUTHORIZING THE RELEASE OF DEFENDANT'S MENTAL HEALTH RECORDS

Counsel for Defendant, Clifton Gorham, Joanne Roney Hepworth, hereby moves this Honorable Court to authorize the District of Columbia Department of Mental Health's Custodian of Records for Saint Elizabeth's Hospital to release and deliver any and all records in their possession of Clifton Ray Gorham In support of the motion counsel states as follows:

1. The defendant's records are needed for his competency evaluation and hearing.
2. The DC Department of Mental Health's Custodian of Records for Saint Elizabeth's Hospital will provide such records with an order from the Court.
3. The Government consents to this request.

WHEREFORE, for reasons stated above and any appearing to the Court, counsel requests that the Court sign the attached Order.

Respectfully submitted,

_____
JOANNE RONEY HEPWORTH
601 Pennsylvania Ave. NW
Suite 900, South Building
Washington, D.C. 20004
(202)789-0037

Fax 301-320-0867
Attorney for Defendant Clifton Gorham

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served on all parties electronically on this 6th day of September, 2007.

_____
Joanne Roney Hepworth