UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-170 (RJL)** |
| | : | |
| **V.** | : | |
| | : | |
| **CLIFTON RAY GORHAM,** | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notes the filing, as part of the record in the above-captioned case, of the attached proposed Order to determine competency, so that the defendant can be reevaluated on a 24-hour basis by psychiatric staff and receive a full psychiatric evaluation to determine if the defendant is mentally competent to stand trial or to assess the extent that the defendant is able to understand the nature and consequences of the proceedings filed against him or assist properly in his own defense.

                                            Respectfully submitted,
                                            JEFFREY A. TAYLOR
                                            United States Attorney

BY:                     /s/
                                            Emory V. Cole
                                            Assistant United States Attorney
                                            Organized Crime and Narcotics Section
                                            555 4th Street, N.W.  #421 3
                                            Washington, DC 20001
                                            (202) 616-3388