IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

FILED
SEP 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, *
*
*
v. * CR. NO. 05-00170 (RJL)
*
*
CLIFTON R. GORHAM *
*
Defendants. *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of Defendant's Consent Motion for an Order from the Court to the District of Columbia Department of Mental Health's Custodian of Records for Saint Elizabeth's Hospital authorizing the release and delivery of any and all records in their possession concerning the treatment or condition of Clifton Ray Gorham, pursuant to the Subpoena duly served on Deputy General Counsel Caspari on September 4, 2007, and the entire record herein, it is, on this ___12th___ day of ___September___ 2007, hereby

ORDERED, that the District of Columbia Department of Mental Health's Custodian of Records for Saint Elizabeth's Hospital is hereby authorized and ordered to take all necessary steps to provided Attorney Joanne Roney Hepworth and/or her agent Investigator Dale Vaughan with copies of all records in their possession for the above named person as soon as possible.

_____
RICHARD J. LEON
United States District Judge

