UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Crim. No. 05-170 (RJL) |
| | ) | |
| CLIFTON RAY GORHAM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, upon consideration of the initial report of the Federal Medical Center (FMC) Butner, North Carolina, and in light of new evidence presented by the Government, including numerous recorded prison telephone calls made by the defendant, the Court finds by a preponderance of the evidence that the defendant's mental competency should be reevaluated in order to determine if the defendant is currently incompetent and whether he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is, this __18th__ day of October 2007, hereby

**ORDERED** pursuant to 18 U.S.C. § 4241(d)(1), that the defendant be hospitalized at FMC Butner for such a reasonable period of time, not to exceed three months, as is necessary to determine the defendant's competency. And it is further

**ORDERED** that the responsible officials at FMC Butner, shall furnish to the Court and counsel for the parties, on or before November 30, 2007, an additional report containing

an assessment of the defendant's condition relating to his competency, and a description of the steps taken and planned in the effort to restore the defendant to competency, if needed.

**SO ORDERED.**

/s/ Richard J. Leon
_____
RICHARD J. LEON
United States District Judge