## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-170 (RJL)** |
| | : | |
| **V.** | : | |
| | : | |
| **CLIFTON RAY GORHAM,** | : | |
| **Defendant.** | : | |

### JOINT MOTION TO CONTINUE STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for the defendant, respectfully submit the following motion to continue the status hearing date in the above-captioned case for the following reasons:

1. The status hearing in the above-captioned case is currently set for Friday, February 15, 2008, at 10:30 a.m..

2. Currently, the defendant in still undergoing psychological evaluations at FCI Butner and a report on the evaluations is not expected until on or about March 2008.

3. Moreover, counsel for the parties do not have any additional new information to advise the Court at this time.

4. Consequently, undersigned counsel for the government and counsel for the defendant would request a continuance in this matter.

5.	Undersigned counsel for the government and counsel for the defendant request, if possible with the Court's schedule, that a new status date be scheduled on or about the last two weeks in April.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          UNITED STATES ATTORNEY
                          Bar No. 498610

                          _____/s/_____
                          EMORY V. COLE
                          Assistant United States Attorney
                          555 Fourth Street, N.W.
                          Washington, D.C. 20530
                          202-616-3388
                          Emory.Cole@usdoj.gov