UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-170 (RJL)** |
| | : | |
| V. | : | |
| | : | |
| **CLIFTON RAY GORHAM,** | : | |
| **Defendant.** | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME BY THREE DAYS TO FILE FURTHER MOTIONS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submit the following unopposed motion to extend time by three days to file further motions regarding defendant behavior and misconduct in the courtroom:

1. Throughout the numerous recent court hearing in this matter the defendant has on each occasion yelled, screamed, made loud noises, and maintained a constant disruptive conduct and behavior while in the back courtroom lockup facilities and while he was present in the courtroom. Indeed, the defendant is not attentive to the Court proceeding but rather chooses to focus his attention elsewhere by moving his chair and screaming.

2. The government believes that the defendant's behavior is intentional and deliberate on the defendant behalf in a effort to disrupt the proceeding.

3. At the last motions hearing in this matter, the government stated that it wanted to file additional motions to exclude the defendant from the courtroom because of the defendant's misconduct.

4. Because undersigned counsel for the government has had other urgent matters to attend to in the last two weeks, the government respectfully request and extension of three days to file

additional motions on this issue.

    5.    Undersigned counsel for the government has talked to counsel for the defendant and she does not opposed the government's request.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 498610

_____/s/_____
EMORY V. COLE
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
202-616-3388
Emory.Cole@usdoj.gov