UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-170 (RJL)** |
| | : | |
| V. | : | |
| | : | |
| **CLIFTON RAY GORHAM,** | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Government's Unopposed Motion to extend time by three days to file further motions regarding defendant behavior and misconduct in the courtroom, it is this _____ day of August 2008 hereby

**ORDERED** that the Government's Unopposed Motion to extend time by three days to file further motions regarding defendant behavior and misconduct in the courtroom is hereby Granted and the new date to file is _____ day of August 2008.

_____
UNITED STATES DISTRICT COURT JUDGE