IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| v. | * | CR. NO. 05-170-01(RJL) |
| | * | |
| | * | |
| **CLIFTON RAY GORHAM** | * | |
| | * | |
| Defendants. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CONSENT MOTION TO LATE FILE
DEFENDANT'S RESPONSE TO GOVERNMENT'SMEMORANDUM
FOR REMOVAL OF THE DEFENDANT FROM THE TRIAL PROCEEDING**

Counsel for Defendant Clifton Gorham, Joanne Roney Hepworth, hereby moves this Honorable Court to authorize the filing of the attached response late. Assistant Untied States Attorney has consented to this request.

WHEREFORE, for reasons stated above and any appearing to the Court, counsel requests that the Court sign the attached Order.

Respectfully submitted,

_____
JOANNE RONEY HEPWORTH
601 Pennsylvania Ave. NW
Suite 900, South Building
Washington, D.C. 20004
(202)789-0037
Fax 301-320-0867
Attorney for Defendant Clifton Gorham

**CERTIFICATE OF SERVICE**

2

  I hereby certify that a copy of the foregoing motion was served on all parties electronically on this 17th day of September, 2008.


                _____

                Joanne Roney Hepworth

Case 1:05-cr-00170-RJL     Document 64     Filed 09/18/2008     Page 2 of 3