## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| v. | * | CR. NO. 05-00170 (RJL) |
| | * | |
| | * | |
| **CLIFTON R. GORHAM** | * | |
| | * | |
| **Defendants.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Upon consideration of Defendant's Consent Motion to late file his Response to the Government's Memorandum for Removal of the Defendant from the Trial Proceding, and the entire record herein, it is, on this _____ day of _____ 2008, hereby

**ORDERED**, said motion be granted.

_____
RICHARD J. LEON
United States District Judge